*A. C. Rhea, W. W. Bush, for appellant.*

*Bowden, for appellee.*

---

THOS. W. SHACKLEFORD *v.* HENRY M. AUSTIN.

**Pleadings—Misjoinder—Objection Must Be Made in Lower Court.**

If there is a misjoinder of parties in the petition, the objection must be made in the Circuit Court.

APPEAL FROM McLEAN CIRCUIT COURT.

April 21, 1871.

OPINION BY JUDGE PETERS:

Even if there was a misjoinder of the causes of action in the petition, no objection was taken to it in the court below, and we must regard the objection as waived.

If appellant fed and took care of appellee's hogs after he discontinued his distillery, although his contract was to keep them

on still slop, nevertheless for his care, and food fed to the hogs he was entitled, under the *second* paragraph of his petition to such compensation as the jury might from the evidence believe he deserved to have, unless they should believe that his failure to feed them slop was of greater damage to them, than the value of the food and care bestowed on them was worth.

The first instruction asked by appellant was to that effect, and the court overruled, which was erroneous. Wherefore, for that error alone the judgment is reversed, and the cause is remanded for a new trial and for further proceedings consistent with this opinion.

*Johnson, for appellant.*

*Tanner, for appellee.*